Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  13−19933−JNP
                              Chapter:  13
                              Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey T. Griffin                                Marjorie E. Griffin
   7 Burlington Avenue                         7 Burlington Avenue
   Voorhees, NJ 08043                          Voorhees, NJ 08043

Social Security No.:
   xxx−xx−0493                                      xxx−xx−4750

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on August 16, 2016.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 16, 2016
JJW: cmf

                                                                                      James J. Waldron
                                                                                      Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 13-19933-JNP
Jeffrey T. Griffin                                                  Chapter 13
Marjorie E. Griffin
       Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 3                   Date Rcvd: Aug 16, 2016
                              Form ID: 148                 Total Noticed: 81


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2016.
db/jdb         +Jeffrey T. Griffin,    Marjorie E. Griffin,    7 Burlington Avenue,    Voorhees, NJ 08043-1301
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
514176456      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,   Norfolk VA 23541-0907
513913838     ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:   The Home Depot,    Processing Center,   Des Moines, IA 50364-0500)
514559783      +Caliber Home Loans, Inc.,    PO Box 24330,   Oklahoma City, Oklahoma 73124-0330
514559784      +Caliber Home Loans, Inc.,    PO Box 24330,   Oklahoma City, Oklahoma 73124,
                 Caliber Home Loans, Inc.,    PO Box 24330,   Oklahoma City, Oklahoma 73124-0330
515377822      +Caliber Home Loans, Inc.,    13801 Wireless Way,   Oklahoma City, OK 73134-2500
513913799       Capital One Bank,    P.O. Box 60500,   City Of Industry, CA 91716-0500
513913805      +Comcast,    C/O Eastern Account Systems,   76 Glen Road, Ste 110,    Sandy Hook, CT 06482-1124
513913813      +Future Fitness,    PO Box 818,   Jackson, NJ 08527-0818
513913814      +Future Fitness,    C/O Sure Recovery Service,   P O Box 818,    Jackson, NJ 08527-0818
513913815       Good Year,    P.O. Box 9025,   De Moines, IA 50368
513913816       Healthstep Inc,    14 Winterberry Lane,   Gibbsboro, NJ 08026-1509
514050321       Jefferson University Hospitals,    c/o State Collection Service,    2509 S. Stoughton Road,
                 PO Box 6250,    Madison, WI 53716-0250
513913824      +Lord & Taylor,    444 N. Fredrick Ave.,,   Suite 401,    Gaithersburg, MD 20877-2479
513913826       Lowes,    P. O. Box 4530914,   Atlanta, GA 30353-0914
513913829       Mariner Finance,    P.O. Box 35394,   Baltimore, MD 21222-7394
513913830      +Office Depot,    6431 W. Fullerton Ave.,   Chicago, IL 60707-3405
513913832      +RAI Credit,    21 Main Street, Ste 352,   Hackensack, NJ 07601-7091
513913834       Shell Credit Card Center,    P.O. Box 6899151,   Des Moines, IA 50368-9151
513913839      +The Spine Institute Of Southern,    37 W. Century Rd., Ste. 104,    Paramus, NJ 07652-1466
515879302      +U.S. BANK TRUST, N.A., AS TRUSTEE FOR et.al.,    CALIBER HOME LOANS, INC.,   13801 WIRELESS WAY,
                 OKLAHOMA CITY, OK 73134-2500
513913840      +Union Plus Credit Card,    1100 1st Street NE,   Suite 850,    Washington, DC 20002-4894
514191497       eCAST Settlement Corporation,    PO Box 28136,   New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 16 2016 22:47:05      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 16 2016 22:47:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513913789       EDI: WFNNB.COM Aug 16 2016 22:33:00      American Signture Furntiure,    P O Box 659704,
                 San Antonio, TX 78265-9704
513913790       EDI: BANKAMER.COM Aug 16 2016 22:33:00      Bank of America,    P.O. Box 15726,
                 Wilmington, DE 19850-5726
513913791      +EDI: TSYS2.COM Aug 16 2016 22:33:00      Barclays Bank Delaware,    700 Prides Xing,
                 Newark, NJ 19713-6102
513913792       EDI: HFC.COM Aug 16 2016 22:33:00      Beneficial,   P O Box 5233,    Carol Stream, IL 60197-5233
513913793       EDI: HFC.COM Aug 16 2016 22:33:00      Best Buy,   Retail Services,    P.O. Box 5238,
                 Carol Stream, IL 60197-5238
513913794       EDI: HFC.COM Aug 16 2016 22:33:00      Boscovs,   P. O. Box 17642,    Baltimore, MD 21297-1642
513913800       EDI: CAPITALONE.COM Aug 16 2016 22:33:00      Capital One Bankruptcy Department,
                 P. O. Box 5155,    Norcross, GA 30091
514169765      +E-mail/Text: bncmail@w-legal.com Aug 16 2016 22:47:10       CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513913841       EDI: CHASE.COM Aug 16 2016 22:33:00      Washington Mutual,    P.O. Box 660487,
                 Dallas, TX  75266-0487
513913802       EDI: CITICORP.COM Aug 16 2016 22:33:00       Citi,   Attn: Centralized Bankruptcy Dept,
                 P O Box 20507,    Kansas City, MO 64915
513913795       EDI: CAPITALONE.COM Aug 16 2016 22:33:00      Capital One,    PO Box 5253,
                 Carol Stream, IL 60197-5253
513913796       EDI: CAPITALONE.COM Aug 16 2016 22:33:00      Capital One (Inquiries),    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
513913797       EDI: CAPITALONE.COM Aug 16 2016 22:33:00      Capital One Bank,    P.O. Box 70884,
                 Charlotte, NC 28272-0884
513913801       EDI: CHASE.COM Aug 16 2016 22:33:00      Chase,   P.O. Box 15548,    Wilmington, DE 19886-5548
513913803       EDI: CITICORP.COM Aug 16 2016 22:33:00      Citi Cards,    PO Box 6077,
                 Sioux Falls, SD 57117-6077
513913804       EDI: CIAC.COM Aug 16 2016 22:33:00      Citifinancial,    PO Box 9023,
                 Des Moines, IA 50368-9023
513913806      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Aug 16 2016 22:47:29
                 Comcast Cable,    1 Comcast Center,   Philadelphia, PA 19103-2899
513913807      +EDI: WFNNB.COM Aug 16 2016 22:33:00      Comenity Bank/Annie Sez,    P O Box 182789,
                 Columbus, OH 43218-2789
513913808       EDI: RCSFNBMARIN.COM Aug 16 2016 22:33:00      Credit One Bank,    P. O. Box 98873,
                 Las Vegas, NV 89193-8873
513913810       EDI: DISCOVER.COM Aug 16 2016 22:33:00      Discover Card,    P.O. Box 15251,
                 Wilmington, DE 19886-5251
```

```
District/off: 0312-1          User: admin               Page 2 of 3                  Date Rcvd: Aug 16, 2016
                              Form ID: 148              Total Noticed: 81


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513937828       EDI: DISCOVER.COM Aug 16 2016 22:33:00      Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,   New Albany OH  43054-3025
513913811       EDI: WFNNB.COM Aug 16 2016 22:33:00      Dress Barn,   P.O. Box 659704,
                 San Antonio, TX 78265-9704
514172934      +EDI: RESURGENT.COM Aug 16 2016 22:33:00      East Bay Funding, LLC its successors and assigns,
                 as assignee of Roundup Funding L.L.C.,   Resurgent Capital Services,   PO Box 288,
                 Greenville, SC 29602-0288
513913812      +EDI: AMINFOFP.COM Aug 16 2016 22:33:00      First Premier Bank,   601 S. Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
513913817      +EDI: HFC.COM Aug 16 2016 22:33:00      HFC,   P.O. BOX 9068,   Brandon, FL 33509-9068
513913819      +EDI: HFC.COM Aug 16 2016 22:33:00      HSBC,   P.O. Box 5253,   Carol Stream, IL 60197-5253
513913820       EDI: HFC.COM Aug 16 2016 22:33:00      HSBC Bank,   P.O. BOX 5250,   Carol Stream, IL 60197-5250
514191704      +EDI: HFC.COM Aug 16 2016 22:33:00      HSBC Mortgage Services, Inc.,   PO Box 21188,
                 Eagan, MN 55121-0188
513913821      +EDI: HFC.COM Aug 16 2016 22:33:00      HSBC/Comp,   P.O. Box 15521,   Wilmington, DE 19850-5521
513913818      +EDI: CITICORP.COM Aug 16 2016 22:33:00      Home Depot,   P.O. Box 6497,
                 Sioux Falls, SD 57117-6497
513913822      +EDI: RMSC.COM Aug 16 2016 22:33:00      JC Penney/MCCBG,   P.O. Box 981131,
                 El Paso, TX 79998-1131
514079247       EDI: JEFFERSONCAP.COM Aug 16 2016 22:33:00      Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
513913823      +E-mail/Text: ebnsterling@weltman.com Aug 16 2016 22:46:56      Kay Jewelers,   375 Ghent Road,
                 Akron, OH 44333-4600
514172935       EDI: RESURGENT.COM Aug 16 2016 22:33:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
513913825       EDI: RMSC.COM Aug 16 2016 22:33:00      Lowe’s,   P. O. Box 530914,   Atlanta, GA 30353-0914
513913827       EDI: RMSC.COM Aug 16 2016 22:33:00      Lowes,   P.O. Box 981064,   El Paso, TX 79998-1064
513913828       EDI: TSYS2.COM Aug 16 2016 22:33:00      Macy’s,   P. O. Box 183083,   Columbus, OH 43218-3083
513913831      +EDI: HFC.COM Aug 16 2016 22:33:00      Orchard Bank HHCS,   P.O. Box 80084,
                 Salinas, CA 93912-0084
514870770       EDI: PRA.COM Aug 16 2016 22:33:00      Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk, VA 23541
514870771       EDI: PRA.COM Aug 16 2016 22:33:00      Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
514190076       EDI: PRA.COM Aug 16 2016 22:33:00      Portfolio Recovery Associates, LLC,   c/o Bank Of America,
                 POB 41067,   Norfolk VA 23541
514190171       EDI: PRA.COM Aug 16 2016 22:33:00      Portfolio Recovery Associates, LLC,   c/o Citibank,
                 POB 41067,   Norfolk VA 23541
514190192       EDI: PRA.COM Aug 16 2016 22:33:00      Portfolio Recovery Associates, LLC,
                 c/o Citifinancial, Inc.,   POB 41067,   Norfolk VA 23541
514190119       EDI: PRA.COM Aug 16 2016 22:33:00      Portfolio Recovery Associates, LLC,   c/o Goodyear,
                 POB 41067,   Norfolk VA 23541
514190227       EDI: PRA.COM Aug 16 2016 22:33:00      Portfolio Recovery Associates, LLC,
                 c/o Household Finance Corp.,   POB 41067,   Norfolk VA 23541
514190077       EDI: PRA.COM Aug 16 2016 22:33:00      Portfolio Recovery Associates, LLC,   c/o Office Depot,
                 POB 41067,   Norfolk VA 23541
514189710       EDI: PRA.COM Aug 16 2016 22:33:00      Portfolio Recovery Associates, LLC,
                 c/o Target Financial Services,   POB 41067,   Norfolk VA 23541
514189846       EDI: PRA.COM Aug 16 2016 22:33:00      Portfolio Recovery Associates, LLC,   c/o The Home Depot,
                 POB 41067,   Norfolk VA 23541
514190075       EDI: PRA.COM Aug 16 2016 22:33:00      Portfolio Recovery Associates, LLC,
                 c/o Washington Mutual,   POB 41067,   Norfolk VA 23541
513968358       EDI: Q3G.COM Aug 16 2016 22:33:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
513913833       EDI: SEARS.COM Aug 16 2016 22:33:00      Sears Payment Center,   P.O. Box 183082,
                 Columbus, OH 43218-3082
513913835      +EDI: WTRRNBANK.COM Aug 16 2016 22:33:00      Target,   P.O. Box 673,
                 Minneapolis, MN 55440-0673
513913842       EDI: WFNNB.COM Aug 16 2016 22:33:00      WFNNB-New York Co,   P.O. Box 659728,
                 San Antonio, TX 78265-9728
514049374       EDI: ECAST.COM Aug 16 2016 22:33:00      eCAST Settlement Corporation assignee of Capital,
                 One Bank (USA) NA,   POB 35480,   Newark NJ 07193-5480
514049376       EDI: ECAST.COM Aug 16 2016 22:33:00      eCAST Settlement Corporation assignee of Chase,
                 Bank USA NA,   POB 35480,   Newark NJ 07193-5480
                                                                                               TOTAL: 57

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Caliber Home Loans, Inc.,   13801 Wireless Way,   Oklahoma City, OK 73134-2500
cr*            +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER,   Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
513913798*      Capital One Bank,   P.O. Box 70884,   Charlotte, NC 28272-0884
513913809*     +Credit One Bank,   P.O. Box 98873,   Las Vegas, NV 89193-8873
513913836*     +Target,   P.O. Box 673,   Minneapolis, MN 55440-0673
513913837*      The Home Depot,   PO Box 6497,   Sioux Falls, SD 57117-6497
```

```
District/off: 0312-1           User: admin              Page 3 of 3              Date Rcvd: Aug 16, 2016
                               Form ID: 148             Total Noticed: 81

513948461      ##+Mariner Finance, LLC,    3301 Boston St, Ste 201,    Baltimore, MD 21224-4979
                                                                          TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2016 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John Philip Schneider    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
               PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT, BY CALIBER HOME LOANS,
               INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
               PARTICIPATION TRUST, by CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    CALIBER HOME LOANS, INC. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home
               Loans, Inc., solely in its capacity  as servicer jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Loss Mitigation    Caliber Home Loans, Inc.
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    HSBC CONSUMER LENDING, AS SERVICER FOR BENEFICIAL NEW
               JERSEY INC. D/B/A BENEFICIAL MORTGAGE CO. bankruptcy@feinsuch.com
              Richard S. Hoffman, Jr.    on behalf of Joint Debtor Marjorie E. Griffin
               rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Jeffrey T.  Griffin rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
                                                                                             TOTAL: 11
```