Form: ICB-12003-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-2(c)**

ISABEL C. BALBOA
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38, SUITE 580
CHERRY HILL, NJ 08002-2977

**Order Filed on August 16, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

JEFFREY T. GRIFFIN
MARJORIE GRIFFIN

Debtor(s)

Case No.:    13-19933-JNP

Hearing Date:

Judge:    Jerrold N. Poslusny

## ORDER DISMISSING CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through two (2.00) is hereby **ORDERED**.

DATED: August 16, 2016

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 2

Debtor:   JEFFREY T. GRIFFIN MARJORIE GRIFFIN

Case No.:  13-19933-JNP

Caption of Order: ORDER DISMISSING CHAPTER 13 CASE

---

**THIS MATTER** having come before the court on the confirmation of the debtor(s) Chapter 13 plan, and good cause appearing, it is hereby

**ORDERED** that the the above captioned case is hereby dismissed for the debtor(s) failure to:

file required schedules, statements, plan and/or summary;

file a feasible plan, income and/or budget statement;

provide all required documents to the Trustee;

United States Bankruptcy Court
District of New Jersey

In re:
Jeffrey T. Griffin
Marjorie E. Griffin
       Debtors

Case No. 13-19933-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1       User: admin       Page 1 of 1       Date Rcvd: Aug 16, 2016
                  Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2016.
db/jdb       +Jeffrey T. Griffin,    Marjorie E. Griffin,    7 Burlington Avenue,    Voorhees, NJ 08043-1301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2016 at the address(es) listed below:
       Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
    summarymail@standingtrustee.com
       Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
    summarymail@standingtrustee.com
       John Philip Schneider    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
    PARTICIPATION TRUST, by CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
       John Philip Schneider    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
    PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT, BY CALIBER HOME LOANS,
    INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
       Joshua I. Goldman    on behalf of Creditor    CALIBER HOME LOANS, INC. jgoldman@kmllawgroup.com,
    bkgroup@kmllawgroup.com
       Joshua I. Goldman    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home
    Loans, Inc., solely in its capacity as servicer jgoldman@kmllawgroup.com,
    bkgroup@kmllawgroup.com
       Joshua I. Goldman    on behalf of Loss Mitigation    Caliber Home Loans, Inc.
    jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
       R. A. Lebron    on behalf of Creditor    HSBC CONSUMER LENDING, AS SERVICER FOR BENEFICIAL NEW
    JERSEY INC. D/B/A BENEFICIAL MORTGAGE CO. bankruptcy@feinsuch.com
       Richard S. Hoffman, Jr.    on behalf of Joint Debtor Marjorie E. Griffin
    rshoffman@hoffmandimuzio.com,   lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
       Richard S. Hoffman, Jr.    on behalf of Debtor Jeffrey T.   Griffin rshoffman@hoffmandimuzio.com,
    lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com

                                           TOTAL: 11